**Order entered December 22, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01436-CV

**COOPER GAY MARTINEZ DEL RIO Y ASOCIADOS INTERMEDIARIOS DE REASEGURO S.A. DE C.V., Appellant**

**V.**

**ELAMEX, S.A. DE C.V., ET AL., Appellees**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-11987**

## ORDER

Before the Court is appellant's December 20, 2016 unopposed motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 30, 2017.

/s/     ELIZABETH LANG-MIERS
JUSTICE